UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 3:98-cr-0017-03 (RLY-WGH) |
| GEORGE TYSON, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that George Tyson's supervised release be modified, pursuant to Title 18 U.S.C. §3401(I), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders George Tyson to reside for four months at a community corrections center, preferably the Volunteers of America, at Indianapolis, Indiana. Upon Mr. Tyson's completion of his residence at the community corrections center, he will be subject to supervised release, with the same conditions previously entered at the time of sentencing.

SO ORDERED this 24th day of March 2011.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Josh Minkler,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Bill Marsh,
The Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service